IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORMAN C. WANG, | : | Civil Action No. 2:23-cv-00563 |
| Plaintiff, | : | |
| v. | : | Judge Marilyn J. Horan |
| UNIVERSITY OF PITTSBURGH – OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION; UPMC; and UNIVERSITY OF PITTSBURGH PHYSICIANS, | : | |
| Defendants. | : | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Norman C. Wang voluntarily dismisses without prejudice the above-entitled action as to all defendants.  This notice of dismissal is being filed with the Court before service by any defendant of either an answer or a motion for summary judgment.

        Respectfully submitted,

        */s/ J. Robert Renner*
        J. Robert Renner (admitted *pro hac vice*)
        renner@cir-usa.org
        CENTER FOR INDIVIDUAL RIGHTS
        1100 Connecticut Ave, NW, Ste. 625
        Washington, D.C. 20036
        (202) 833-8400

        Shawn Rodgers (PA 307598)
        srodgers@goldsteinlp.com
        GOLDSTEIN LAW PARTNERS, LLC
        11 Church Road
        Hatfield, PA 91440
        (610) 949-0444

        *Counsel for Plaintiff Norman C. Wang*

Dated: June 14, 2023

IT IS SO ORDERED this 15th day of June 2023.

        */s/ Marilyn J. Horan*
        Marilyn J. Horan
        United States District Judge